■ In the Matter of DELTA KAPPA EPSILON INTERNATIONAL, INC., et al., Appellants, v HAMILTON COLLEGE, Respondent. [691 NYS2d 855] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Murad, J. (Appeal from Judgment of Supreme Court, Oneida County, Murad, J.— CPLR art 78.) Present—Green, J. P., Hayes, Pigott, Jr., Scudder and Balio, JJ.